U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| RICHARDSON | CIVIL ACTION NO. 07-1616 |
|---|---|
| versus | JUDGE TRIMBLE |
| THORNTON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Petitioner's complaint was dismissed as frivolous and for failing to state a claim for which relief may be granted by judgment of this court dated November 19, 2007.[1] Petitioner appealed this ruling and, by judgment and mandate dated December 12, 2008,[2] the United States Court of Appeals for the Fifth Circuit affirmed this court's ruling except as it applied to petitioner's claim that he is being subjected to ongoing threat of harm because of his incarceration at close proximity to his alleged assailant, Leo Barrier. Accordingly, the appellate court reversed our ruling as to that claim and remanded the claim to us for further proceedings.

It has come to the attention of the court that petitioner Travis J. Richardson was transferred from Winn Correctional Center to David Wade Correctional Center on or about January 14, 2008.[3] Finding that, as a result of his transfer, the petitioner is no longer being

---

[1] R. 5.

[2] R. 14.

[3] Petitioner did not provide notice of his transfer or of his new address to the court as required. The court learned of his transfer and new location only after speaking with personnel

1

detained in close proximity to inmate Leo Barrier as alleged in his sole remaining complaint, the court finds that this claim should be and is hereby

DISMISSED as moot and the above captioned case is DISMISSED with prejudice in its entirety.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 12th day of January, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

from the Records Department at Winn Correctional Facility.